# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jose Daniel Leon Botero,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-03249-PHX-JCH (ASB)

**ORDER**

Petitioner argues his immigration detention without an "individualized custody revocation or re-detention decision" and without any changed circumstances that make him a flight risk or danger to the community violates the Fifth Amendment Due Process Clause. (Doc. 1.)   The Court directed Respondents to respond to the Petition.   (Doc. 4.) Respondents' response stated: "Respondents do not oppose the habeas petition or the requested relief of release from custody." (Doc. 9.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.  The Court will require Petitioner be released under the same conditions that existed prior to his redetention.

Accordingly,

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody.  Any remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner

from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 9th day of June, 2026.

John C. Hinderaker
United States District Judge

- 2 -